UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

WAYNE PARKER,

    Plaintiff,

v().    Case No. 8:14-cv-3074-T-24 MAP

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.
_____/

**O R D E R**

This cause comes before the Court for consideration of Plaintiff's complaint seeking review of the decision of the Commissioner of the Social Security Administration (Doc. No. 1). This complaint was considered by the United States Magistrate Judge, pursuant to a specific order of referral. Magistrate Judge Pizzo has filed his report recommending that the case be remanded pursuant to sentence four of 42 U.S.C. § 405(g) for further administrative proceedings consistent with his Report and Recommendation. (Doc. No. 22). All parties were furnished copies of the Report and Recommendation and were afforded the opportunity to file objections pursuant to 28 U.S.C. § 636(b)(1). No such objections were filed. Upon consideration of the Report and Recommendation, and upon this Court's independent examination of the file, it is determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED AND ADJUDGED** that:

    (1)    The Magistrate Judge's Report and Recommendation (Doc. No. 22) is adopted and incorporated by reference in this Order of the Court;

(2)  The Clerk is directed to enter judgment for Plaintiff with instructions that the Commissioner's decision is REVERSED under sentence four of 42 U.S.C. § 405(g) and the case is REMANDED for further administrative proceedings consistent with the reasons stated in the Report and Recommendation.

(3)  The Clerk is directed to close the case.

**DONE AND ORDERED** at Tampa, Florida, this 30th day of December, 2015.

SUSAN C. BUCKLEW
United States District Judge

Copies to:
The Honorable Mark A. Pizzo
Counsel of Record